# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**WILFREDO DE JESUS RODRIGUEZ CAMPERO,**

    Petitioner,

    v.

**IMMIGRATION & CUSTOMS ENFORCEMENT (ICE), et al.,**

    Respondents.

CASE NO. 4:26 CV 351

JUDGE JAMES R. KNEPP II

**ORDER**

This matter is before the Court on Magistrate Judge Carmen E. Henderson's Report and Recommendation ("R&R") to dismiss without prejudice Petitioner Wilfredo De Jesus Rodriguez Campero's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 13). Specifically, Magistrate Judge Henderson recommends the case be dismissed for failure to prosecute based on Petitioner's counsel's failure to respond to an earlier-issued show cause order. *Id.* at 4-5. Alternatively, Judge Henderson recommends that, if the Court were to reach the Petition's underlying claims, the Petition be denied as moot as Petitioner is now subject to a final order of removal. *Id.* at 6-9.

Under the relevant statute:

> Within fourteen days after being served with a copy [of a Magistrate Judge's R&R], any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(2). The failure to file timely written objections to a Magistrate Judge's R&R constitutes a waiver of *de novo* review by the district court of any

issues covered in the R&R. *Thomas v. Arn*, 728 F.2d 813, 814-15 (6th Cir. 1984); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

In this case, the R&R was issued on April 23, 2026, and it is now May 15, 2026. Petitioner has neither filed objections nor requested an extension of time to file them. Despite the lack of objections, the Court has reviewed Magistrate Judge Henderson's R&R and agrees with the findings and recommended rulings therein. Therefore, the Court ADOPTS Magistrate Judge Henderson's R&R (Doc. 13) as the Order of this Court and DENIES and DISMISSES WITHOUT PREJUDICE Petitioner's Petition (Doc. 1) as set forth therein.

The Court finds an appeal from this decision could not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

 s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: May 15, 2026

2